

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00690-CR

Cedric Deshawnn Green
v.
The State of Texas

On Appeal from the
117th District Court of Nueces County, Texas
Trial Court Cause No. 17FC-4466B (S1)

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed in part and reversed in part and judgment of acquittal should be rendered as to the charge of engaging in organized criminal activity. The Court orders the judgment of the trial court AFFIRMED IN PART AND REVERSED IN PART AND RENDERS JUDGMENT OF ACQUITTAL.

We further order this decision certified below for observance.

December 22, 2020